JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CARTOON NETWORK, INC., | Case No.: CV08-3579 R (CWx) |
| Plaintiff, | Judge: Honorable Manuel L. Real |
| v. | **JUDGMENT AGAINST DANIEL SADEK** |
| DANIEL SADEK, individually and doing business as DANIEL SADEK PROMOTIONS; FIRST OPTION MEDIA, INC. | |
| Defendant. | |

On June 7, 2010, the motion of Plaintiff, THE CARTOON NETWORK, INC. ("Plaintiff") to add Defendant, DANIEL SADEK ("SADEK"), as judgment debtor to Plaintiff's judgment against Defendant, FIRST OPTION MEDIA, INC. ("FIRST OPTION"), regularly came on for hearing. Steven J. Joffe, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP appeared at the hearing on behalf of Plaintiff. David Blake, Esq., appeared on behalf of SADEK.

Good cause appearing, and having considered all the papers submitted, and upon hearing oral argument, the Court hereby GRANTS Plaintiff's Motion to Add Daniel Sadek as Judgment Debtor to Plaintiff's Judgment Against First Option Media, Inc. Accordingly, for all the reasons stated herein, and to promote justice,

1  SADEK is hereby added as judgment debtor to Plaintiff's May 18, 2009 judgment
2  against FIRST OPTION.
3      After weighing the evidence, the Court finds such unity of interest and
4  ownership between FIRST OPTION and SADEK that the separate personalities of
5  FIRST OPTION and SADEK no longer exist.  The Court further finds that if the
6  acts of SADEK are treated as those of FIRST OPTION alone, an inequitable result
7  will follow.  In this case, it would be an inequitable result not to impose alter ego
8  liability on SADEK.  Therefore, the Court determines that alter ego liability
9  against SADEK should be imposed.
10     The following factors were pertinent to the Court's determination that alter
11 ego liability should be imposed against SADEK in this case:
12     1.  SADEK had sufficient dominion and control over Quick Loan
13 Funding, Inc., RL Films LLC and FIRST OPTION;
14     2.  SADEK clearly diverted $916,494.00 in corporate funds intended to
15 pay Plaintiff for its advertising services;
16     3.  SADEK withdrew the last remaining $20,507.26 from FIRST
17 OPTION's Wells Fargo Bank account without any accounting;
18     4.  SADEK used FIRST OPTION as a mere conduit to add or detract
19 funds at his individual whim;
20     5.  SADEK failed to adequately maintain the corporate records of FIRST
21 OPTION;
22     6.  SADEK failed to properly capitalize FIRST OPTION with any equity
23 or loans;
24     7.  SADEK acted in bad faith by failing to maintain or set aside any
25 corporate funds, prior to taking out the last remaining $20,507.26 from FIRST
26 OPTION's Wells Fargo Bank account; and
27     8.  SADEK concealed from Plaintiff that he intended to shift his personal
28 responsibility for the advertising services to a yet to be formed corporation called

1  First Option Media, Inc., after telling Thalia Doherty and Noah Rubinstein that he
2  was solely responsible for payment to Plaintiff for its advertising services.
3       Lastly, the Court finds that SADEK had control of the litigation against
4  FIRST OPTION and had occasion to conduct it with a diligence corresponding to
5  the risk of personal liability that was involved.  See, NEC Electronics Inc. v. Hurt
6  (1989) 208 Cal.App.3d 772, 778-779.  Plaintiff's motion, pursuant to California
7  Code of Civil Procedure, Section 187, is the proper vehicle to add SADEK to
8  Plaintiff's judgment against FIRST OPTION.
9       THEREFORE, IT IS ORDERED that:
10      1.   Judgment is hereby entered against DANIEL SADEK, for the total
11 amount of $1,232,833.18, consisting of damages in the amount of $844,906.80 and
12 prejudgment interest, through October 18, 2009, in the amount of $387,926.38.
13      2.   This judgment shall bear interest at the judgment rate from the date of
14 entry until paid.

Dated: June 11, 2010        _____
                              The Honorable Manuel L. Real
                              United States District Judge

---

3
(PROPOSED) JUDGMENT AGAINST DANIEL SADEK

919135.1